■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD P. GLIATTA, Appellant. [810 NYS2d 342]—Appeal by the defendant from an order of the County Court, Orange County (Berry, J.), dated December 17, 2003, which designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant, represented by counsel, consented to his designation as a level three sex offender and waived his right to a hearing on the matter (*see* Correction Law § 168-n). The defendant's contentions regarding the validity of his waiver are unpreserved for appellate review (*see People v Dexter*, 21 AD3d 403 [2005], *lv denied* 5 NY3d 716 [2005]). In any event, we are satisfied that the waiver was knowingly and voluntarily given (*see People v Dexter, supra*).

The defendant's remaining contentions are waived, unpreserved for appellate review, based on matters dehors the record, or without merit (*see People v Kinchen*, 60 NY2d 772 [1983]; *People v Spotards*, 23 AD3d 586 [2005]; *People v Dexter, supra; People v Angelo*, 3 AD3d 482 [2004]; *People v Tilley*, 305 AD2d 1041 [2003]; *People v Baker*, 303 AD2d 570 [2003]). Florio, J.P., Ritter, Krausman and Covello, JJ., concur.